United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17835-pmm |
| Crimilda Sanchez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crimilda Sanchez, 223 Delaware Lane, Whitehall, PA 18052-6202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Crimilda Sanchez claputka@laputkalaw.com   jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor MTGLQ Investors  L.P. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust cmcmonagle@sterneisenberg.com  bkecf@sterneisenberg.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor U.S. Bank Trust National Association jschwartz@mesterschwartz.com

LORRAINE GAZZARA DOYLE
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Tiki Series III Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Crimilda Sanchez,<br>  Debtor | CASE NO.: 17-17835-pmm |
| | | CHAPTER 13 |
| | SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust,<br>  Movant<br>v. | JUDGE: Patricia M. Mayer |
| | Crimilda Sanchez<br>Scott F. Waterman – Trustee,<br>  Respondents | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust dated September 7, 2021 and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 223 Delaware Lane, Whitehall, PA 18052, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 20, 2021**

U.S.B.J.